UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,                                  Case No. 2:15-CV-105

v.                                                  Hon. Gordon J. Quist

TODD BASTIAN, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's March 27, 2017, Report and Recommendation recommending that the Court grant in part and deny in part Defendants' motion for summary judgment and qualified immunity. The Report and Recommendation was duly served on the parties on March 27 and March 28, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 27, 2017 (ECF No. 53), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment and Qualified Immunity (ECF No. 42) is **GRANTED IN PART AND DENIED IN PART**. The motion is **granted** with regard to Plaintiff's claim that Defendant Bastian retaliated against Plaintiff by putting flour in Plaintiff's milk, and **denied** as to Plaintiff's claims that Defendants Bastian and Dessellier directly or indirectly attempted to get other inmates to assault Plaintiff in retaliation for Plaintiff's grievance and litigation activities.

Dated: April 18, 2017                                                /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE