UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT SANGO,

    Plaintiff,

v.

Case No. 2:15-cv-105
HON. GORDON J. QUIST

UNKNOWN BASTIAN, et al.,

    Defendant(s).

_____/

REPORT AND RECOMMENDATION

    Plaintiff Robert Sango filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Defendants prison corrections officers Todd Bastian and Bruce Dessellier. Plaintiff alleges that Defendant Bastian and Defendant Dessellier attempted to incite other prisoners to harm Plaintiff in retaliation for Plaintiff grievance and litigation activities.

    Defendants filed a motion to dismiss this case under Fed. R. Civ. P. 41(b) for failure to prosecute and under W.D. Mich. LCivR. 41 for failing to provide a current address (ECF No. 57). Defendants move under Fed. R. Civ. P. 41(b) because Plaintiff has failed to prosecute this case by failing to keep the Court informed of his current address. W.D. Mich. LCivR. 41.1 requires Plaintiff to provide the Court with a current address and the failure to do so is grounds for dismissal for want of prosecution. According to Michigan Department of Corrections Offender Tracking Information System, Plaintiff absconded from parole on May 3, 2017. Plaintiff has not informed the Court of his current address.

Accordingly, it is recommended that Defendants' Motion to dismiss (ECF No. 57) be granted under Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR. 41.1, and that this case be dismissed with prejudice in its entirety.

NOTICE TO PARTIES:  Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).  Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).


Dated:   June 13, 2017                            */s/ Timothy P. Greeley*
                                                                  TIMOTHY P. GREELEY
                                                                  UNITED STATES MAGISTRATE JUDGE