UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT D. SANGO,

       Plaintiff,                              Case No.  2:15-CV-105

v.                                         Hon. Gordon J. Quist

UNKNOWN BASTIAN, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's June 13, 2017, Report and Recommendation recommending that the Court grant Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and W.D. Mich. LCivR 41 for failure to keep the Court informed of his current address.  The Report and Recommendation was duly served on the parties on June 13, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 13, 2017 (ECF No. 59), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 57) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** based on Plaintiff's failure to prosecute the case and keep the Court informed of his current address.

Dated: July 18, 2017                                           /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE